BEFORE THE SECOND DIVISION, OCTOBER 10, 1963

No. 68023.—Seedman International Corp. and I. B. Cohen & Sons Corp. *v.* United States, protests 61/20232 and 60/12433 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

No. 68024.—Brauner & Co. *v.* United States, protests 62/4873, 62/5049, and 62/16972 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of articles similar in all material respects to those the subject of Abstract 66225, the claim of the plaintiff was sustained.

No. 68025.—Burn-Strauss, Inc., et al. *v.* United States, protests 60/10312, etc. (Los Angeles).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of cocktail Hibachis similar in all material respects to those the subject of Abstract 67238, the claim of the plaintiffs was sustained.